SUPREME COURT OF MONTANA

| Klepper, et al. v. MDOT 2016 MT 248N | DA 15-0697 Affirmed | 10/04/16 | Dist. 4 (Missoula) |
|---|---|---|---|
| Terry-Lee v. MDOJ 2016 MT 249N | DA 15-0439 Affirmed | 10/04/16 | Dist. 17 (Valley) |
| State v. McDanal 2016 MT 250N | DA 15-0050 Affirmed | 10/04/16 | Dist. 20 (Lake) |
| Bevill v. Sandberg 2016 MT 251N | DA 16-0102 Affirmed | 10/04/16 | Dist. 11 (Flathead) |
| Duffy v. Park County Justice Center 2016 MT 252N | DA 15-0667 Affirmed | 10/04/16 | Dist. 6 (Park) |
| Rayokelly v. Lester | OP 16-0558 Denied | 10/04/16 | Original Proceeding Habeas Corpus |
| Ament v. Kirkegard | OP 16-0560 Dismissed without prejudice | 10/04/16 | Original Proceeding Habeas Corpus |
| Morrison v. State | OP 16-0507 Denied | 10/04/16 | Original Proceeding Supervisory Control |
| Atlantic Richfield v. 2nd Jud. Dist. Ct. | OP 16-0555 Granted in part | 10/05/16 | Original Proceeding Supervisory Control |